UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 09-52516 MM |
|---|---|
| ANDREW J. KETTLE, aka Andy Kettle; and<br>HEATHER P. KETTLE, aka Heather P. Galbraith<br>SSN xxx xx 4687<br>     xxx xx 9124,             Debtors. | Chapter 7 |

**NOTICE OF PROPOSED SALE OF REAL PROPERTY; AND SALE FREE AND CLEAR OF LIENS;
NOTICE OF OPPORTUNITY TO OVERBID; AND
NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST A HEARING**
(6025 Meridian Avenue, San Jose, CA)

**TO ALL INTERESTED PARTIES:**

   NOTICE IS HEREBY GIVEN THAT Carol Wu ("Trustee"), Trustee of the estate of Andrew and Heather Kettle ("Debtors") intends to sell certain real property located at 6025 Meridian Avenue, San Jose, CA (the "Property") to Frederick T. Lee and Sunghea Lee for the purchase price of $625,000.00 ($623,000 plus $2,000 credit from broker commission), AS IS, with all faults, without warranties, subject to Court approval, and subject to overbid. True and correct copies of the offer and counteroffers (collectively, the "Offer") are attached as Exhibit "A" to the Declaration of Carol Wu, filed herein ("Wu Decl.").

   NOTICE IS FURTHER GIVEN that the minimum initial overbid must be no less than $630,000. Any person wishing to overbid must telephone the Trustee's real estate agent, Andy Buchanan, at (408) 440-5055 and deliver to him at **Intero Real Estate, 2061 Lincoln Ave., San Jose, CA 95125**, no later than **5:00 p.m. on April 1, 2010**, a written offer to purchase the property for at least the initial overbid amount, on terms not less favorable to the estate than the existing Offer, together with 1) a cashier's check payable to Carol Wu, Trustee, in the amount of $20,000, as a good faith deposit, and 2) proof of the ability to obtain financing and/or a pre-approval letter. An overbidder must provide a phone number and e-mail address where the offeror can be contacted. Any overbid must be without any contingencies, and the buyer must be ready to close within 30 days of court approval of the sale.

   **If there is at least one qualifying overbid, the overbidding will be conducted at Intero Real Estate, 2061 Lincoln Ave., San Jose, CA 95125 on April 2, 2010 at 12:00 noon.** Bidding will be opened at the highest overbid by the first party submitting such an overbid and will continue in increments of $5,000 until no further bids remain. Good faith deposits by unsuccessful bidders will be returned at the conclusion of the bidding. The Trustee reserves the right pursuant to her business judgment to determine the best offer, and to reject any overbid. PLEASE TAKE NOTE that in the event of any default in performance following acceptance of the best bid, the $20,000.00 deposit will be subject to forfeiture, as liquidated damages. By submitting an overbid, the prospective purchaser agrees that the liquidated damages are reasonable in view of all of the circumstances existing on the date of the overbid auction, and that actual damages would be extremely difficult, or perhaps impossible, to ascertain.

   The Preliminary Title Report ("PTR") indicates that the Property is subject to certain liens; see copy of the PTR attached to the Wu Decl., as Exhibit B. The Trustee proposes to pay the each of the two deed of trust creditors, or its successors or assigns, all properly charged amounts (i.e., no penalties or unreasonable fees or costs) out of escrow upon sale of the Property, as well as the estate's share of property taxes, costs of sale and the debtors' homestead exemption. The sale will be free and clear of certain judgment liens, as set forth in the Trustee's Motion to Sell Real Property and Sell Property Free and Clear of Liens. The estate has employed a real estate broker, and with respect to any sale has agreed to pay a commission equal to six percent (6%) of the purchase price, shared equally with any cooperating broker, except that if the Lees are the successful purchasers, the Lees' broker will credit 1% of her commission to the Lees, and the Trustee's realtor will credit $2,000 of his commission to the sale price. The Judgment Lien holders have consented to carve out 35% of each of their respective liens for the benefit of the estate, to be administered by the estate free and clear of their liens. For details, see Motion filed herewith.

   **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST HEARING. Any party in interest who wishes to object to the proposed sale must comply with Local Rule 9014-1 of the Local Rules for United States Bankruptcy Court, Northern District of California. Pursuant to B.L.R. 9014-1, an objecting party must file with the Bankruptcy Court and serve counsel for the Trustee with a written objection, and/or a request for hearing no later than 21 days from the date of this notice. In the event a timely notice or request for hearing is filed, the Trustee will obtain a hearing date and give the objecting/requesting party at least 7 days' notice of the hearing. If no objection or request for hearing is timely filed and served, the Trustee may obtain an order approving the sale without a hearing.**

DATED AND SERVED:  This 17th day of March, 2010.

                                                                 /s/ Joanne LaFreniere SBN # 158011
                                                                Attorneys for Trustee, CAROL WU
                                                                STROMSHEIM & ASSOCIATES
                                                                201 California Street, Suite 350
                                                                San Francisco, CA 94111
                                                                FAX (415) 989-2235

# PROOF OF SERVICE

<u>In re Andrew J. Kettle, aka Andy Kettle; and</u>

<u>Heather P. Kettle, aka Heather P. Galbraith,</u> Debtors, Chapter 7

US Bankruptcy Court, Northern District of California Case No. 09-52516

  I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

**NOTICE OF PROPOSED SALE OF REAL PROPERTY; AND SALE FREE AND CLEAR OF LIENS; NOTICE OF OPPORTUNITY TO OVERBID; AND NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST A HEARING.**

on the following parties:

**SEE ATTACHED SERVICE LIST**

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed at San Francisco, California, on March 17, 2010.

            /s/ Micaela Ramos
            Micaela Ramos
            Office Assistant

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 09-52516<br>Northern District of California<br>San Jose<br>Wed Mar 17 12:31:13 PDT 2010 | American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Marc Andrews<br>Wells Fargo and Co.<br>21680 Gateway Center Dr. #280<br>Diamond Bar, CA 91765-2456 | Anne M. Schauerman<br>c/o Wells Fargo & Co<br>21680 Gateway Cent Dr. #280<br>Diamond Bar, CA 91765-2456 | Atlantic Credit & Finance<br>P O Box 13386<br>Roanoke, VA 24033-3386 |
| Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Bank of America<br>P.O. Box 15184<br>Wilmington, DE 19850-5184 | Bank of America, N.A.<br>P.O. Box 26012<br>Greensboro, NC 27420-6012 |
| Barclays Bank Delaware<br>Attn: Customer Support<br>PO Box 8833<br>Wilmington, DE 19899-8833 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Capital Recovery III LLC<br>Care of Recovery Management Systems Corp<br>As Assignee of HSBC<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Capital Recovery III LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605<br>Attn: Ramesh Singh | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Credit Card<br>Attn: Banktruptcy Dept<br>PO Box 15298<br>Wilmintgon, DE 19850-5298 |
| CitiBank<br>Attn: Bankruptcy Dept.<br>PO Box 20507<br>Kansas City, MO 64195-0507 | Citibank, N.A.<br>P.O. Box 26892<br>San Francisco, CA 94126-0892 | Clarion Mortgage Capital<br>6530 So. Yosemite Street<br>Suite 300<br>Greenwood Village, CO 80111-5173 |
| Coldwell Banker<br>C/O Andy Buchanon<br>1096 Blossom Hill Rd, Ste 200<br>San Jose, CA 95123-1238 | County of Santa Clara<br>Office of the Sheriff-Civil Div<br>55 W. Younger Ave.<br>San Jose, CA 95110-1712 | County of Santa Clara<br>Tax Assessor's Office<br>70 W. Hedding St., East Wing<br>San Jose, CA 95110-1771 |
| Creditors Financial Group, LLC<br>P.O. Box 440290<br>Aurora, CO 80044-1500 | Davis & Rubin<br>c/o P01 Sullivans, Inc.<br>1 Bowdoin Sq., Ste 901<br>boston, MA 02114-2919 | Davis & Rubin<br>c/o Sullivans, Inc.<br>1 Bowdoin Sq., Ste 901<br>boston, MA 02114-2919 |
| Diversified Adjustment<br>600 Coon Rapids Blvd.<br>Coon Rapids, MN 55433-5549 | ED Tucker Distribution<br>3048 Paysphere Circle<br>Chicago, IL 60674-0030 | ELAVON, INC.<br>fka: NOVA INFORMATION SYSTEMS, INC.<br>7300 CHAPMAN HIGHWAY<br>KNOXVILLE, TN 37920-6612 |

| | | |
|---|---|---|
| Fia Csna<br>PO Box 26012<br>NC4-105-02-77<br>Greensboro, NC 27420-6012 | Foreman & Brasso<br>c/o Schleicher Corp.<br>930 Montgomery St., # 600<br>San Francisco, CA 94133-4624 | JR Scott & Assoc.<br>4331 N. Federal Hwy #309<br>Ft. Lauderdale, FL 33308-5254 |
| Joe Stancato<br>671 Empress Drive<br>Lake Havasu City, AZ 86403-3309 | Jose Stancato<br>671 Empress Drive<br>Lake Havasu City, AZ 86403-3309 | Joseph P. Graziano<br>Attorney Recovery Systems<br>18757 Burbank Blvd. #300<br>Tarzana, CA 91356-6329 |
| KLIM USA<br>3753 County Line Rd.<br>Rigby, ID 83442-5213 | Kenneth J. Freed<br>c/o LC Financial LLC<br>P.O. Box 5914<br>Sherman Oaks, CA 91413-5914 | Andrew J. Kettle<br>6025 Meridian Ave.<br>San Jose, CA 95120-2726 |
| Heather P. Kettle<br>6025 Meridian Ave.<br>San Jose, CA 95120-2726 | LC Financial LLC Assignee of Parts Unlimited<br>P. O. Box 5932<br>Sherman Oaks, California 91413-5932 | Joanne M. LaFreniere<br>Law Offices of Stromsheim and Assoc.<br>201 California St. #350<br>San Francisco, CA 94111-5038 |
| Law Office of<br>Harris & Zide<br>1445 Huntington Dr., Ste 300<br>South Pasadena, CA 91030-5475 | Lisa Sims, Manager<br>Recovery Department<br>Elavon, Inc.<br>7300 Chapman Highway<br>Knoxville, TN 37920-6612 | Marc Andrews<br>OFFICE OF THE GENERAL COUNSEL<br>WELLS FARGO & COMPANY<br>21680 Gateway Center Drive, Suite 280<br>Diamond Bar, California 91765-2456 |
| McCarthy Burgess & Wolff<br>The MB&W Building<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 | Cathleen Cooper Moran<br>Moran Law Group, Inc.<br>1674 N Shoreline Blvd. #140<br>Mountain View, CA 94043-1375 | NCO Financial Systems Inc.<br>P.O. Box 15760<br>Wilmington, DE 19850-5760 |
| National City<br>Att: Bankruptcy Dept<br>6750 Miller Rd<br>Brecksville, OH 44141-3262 | OHLINS USA, Inc.<br>703 Old Spartanburg Rd.<br>Hendersonville, NC 28792-4370 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | PYOD LLC its successors and assigns as assig<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Pro Circuit<br>2771 Wardlow Rd<br>Corona, CA 92882-2869 | Rodney L. Levin, Esq.<br>c/o Bank of West<br>14375 Saratoga Ave, # 206<br>Saratoga, CA 95070-5989 | Santa Clara County Dist Atty<br>Bad Check Restitution Prog<br>P.O. Box 26370<br>San Jose, CA 95159-6370 |
| Santa Clara County Sheriff's Office<br>Office of the Sheriff-Civil Div<br>55 W. Younger Ave.<br>San Jose, CA 95110-1712 | Scott Performance<br>2625 Honolulu Ave.<br>Montrose, CA 91020-1706 | Secretary of The Treasury<br>15th and Pennsylvania Ave. NW<br>Washington, DC 20220-0001 |

| | | |
|---|---|---|
| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | Steve S. Loeb<br>c/o Kawasaki Motors Finance<br>2659 Townsgate Rd., #136<br>Westlake Village, CA 91361-2744 | Reidun Stromsheim<br>Law Offices of Stromsheim and Assoc.<br>201 California St. #350<br>San Francisco, CA 94111-5038 |
| Stuart Allan & Assoc<br>5447 E 5th St Ste 110<br>Tucson, AZ 85711-2345 | The Law Office of<br>John P. Frye, P.C.<br>P.O. Box 13665<br>Roanoke, VA 24036-3665 | Thomas R. Mulally<br>Spencer 7 Mulally<br>14156 Magnolia Blvd #200<br>Sherman Oaks, CA 91423-1182 |
| Tucker Rocky<br>3048 Paysphere Circle<br>Chicago, IL 60674-0030 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Wells Fargo Bank, National Association<br>Marc Andrews<br>Office of the General Counsel<br>Wells Fargo & Company<br>21680 Gateway Center Drive, Suite 280<br>Diamond Bar, CA 91765-2456 |
| Wells Fargo Bank, National Association<br>P.O. Box 6148<br>El Monte, CA 91734-2148 | Wells Fargo Home Mtg<br>Attn: Bankruptcy Dept<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7200 | Carol Wu<br>25A Crescent Dr. #413<br>Pleasant Hill, CA 94523-5508 |
| Ziegler Properties, Inc.<br>1155 Meridian Ave, #111<br>San Jose, CA 95125-4331 | Zwicker & Associates, P.C.<br>c/o American Express Cent<br>199 S. Los Robles Ave., # 410<br>Pasadena, CA 91101-2438 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Rc
Attn: Bankruptcy
120 Corporate Blvd Suite 100
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Klim USA<br>3753 County Line Rd<br>Rigby, ID 83442-5213 | (u)Marilyn Morgan<br>San Jose | End of Label Matrix<br>Mailable recipients    73<br>Bypassed recipients     2<br>Total                      75 |