REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
CAROL W. WU

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 09-52516 MM |
|---|---|
| ANDREW J. KETTLE, aka Andy Kettle; and HEATHER P. KETTLE, aka Heather P. Galbraith | Chapter 7 |
| | Date: April 1, 2010 |
| SSN xxx xx 4687<br>xxx xx 9124 | Time: 1:00 p.m.<br>Hon. Marilyn Morgan, Courtroom 3070 |
| Debtors | |

**TRUSTEE'S RESPONSE TO DEBTORS' MOTION TO COMPEL ABANDONMENT**

TO: THE HONORABLE MARILYN MORGAN, UNITED STATES BANKRUPTCY JUDGE:

Carol Wu ("Trustee"), trustee of the above referenced bankruptcy estate, responds to the motion of the Debtors to abandon ("Abandonment Motion," Docket Nos. 74-78) the real property located at 6025 Meridian Ave., San Jose, CA (the "Property"). The Trustee opposes the Abandonment Motion because the Property has value to the estate, as set forth in the Trustee's motion to sell the Property (Docket Nos. 82-85, filed March 17, 2010), which sale is expected to yield significant funds (estimated over $80,000) for the estate. It is the Trustee's understanding that the Debtors agree that the Abandonment Motion should be continued at this time, but that it could not be taken off calendar in the event that creditors might appear at the noticed hearing.

DATED: This 30th day of March, 2010.  STROMSHEIM & ASSOCIATES

                                            /s/ Joanne LaFreniere
                                    Attorneys for Trustee, CAROL WU